GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for GUZMAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FELIX GUZMAN,<br><br>　　　　　　　Defendant. | Case No.:　2:13-cr-00296-KJD-VCF<br><br>ORDER ON STIPULATION TO CONTINUE SENTENCING DATE<br><br>(FIRST REQUEST) |

## **FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1.The parties have agreed on this sentencing continuance to allow Guzman time to collect part of the restitution due as a result of this case.

2.GUZMAN is on pretrial release and does not oppose to the continuance.

3.The parties agree to the continuance.

3

## CONCLUSIONS OF LAW

Denial of this request for continuance would result in a miscarriage of justice.

## ORDER

**IT IS ORDERED** that the sentencing hearing currently scheduled for January 19, 2021, at 9:00 a.m., be vacated and continued to  Tuesday, May 18 , 20<u>21</u>, at the hour of  9:00 a.m.  .

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  1/15/2021