GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for GUZMAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FELIX GUZMAN,<br><br>　　　　　Defendant. | Case No.:　2:13-cr-00296-KJD-VCF<br><br>ORDER TO CONTINUE SENTENCING DATE<br><br>(SECOND REQUEST) |

## **FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1.　GUZMAN is collecting funds to pay a portion of the restitution in this case. He is currently gainfully employed, and the parties have agreed on this sentencing continuance to allow Guzman time to collect additional funds of the restitution due as a result of this case.

2.　GUZMAN is on pretrial release and does not oppose to the continuance.

3

## CONCLUSIONS OF LAW

Denial of this request for continuance would result in a miscarriage of justice.

## ORDER

**IT IS ORDERED** that the sentencing hearing currently scheduled for May 19, 2021, at 2:00 p.m., be vacated and continued to Tuesday, August 17, 2021, at the hour of 10:00 a.m..

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 5/12/2021