GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for GUZMAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>vs. )<br>)<br>FELIX GUZMAN, )<br>)<br>)<br>            Defendant. )<br>_____ ) | Case No.:   2:13-cr-00296-KJD-VCF<br><br>STIPULATION TO CONTINUE<br>SENTENCING DATE<br><br>(FIFTH REQUEST) |

**FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. Defense counsel will be out of the jurisdiction during the currently set sentencing date.

2. GUZMAN is on pretrial release and does not oppose to the continuance.

**CONCLUSIONS OF LAW**

3.  Denial of this request for continuance would result in a miscarriage of justice.

3

**ORDER**

**IT IS ORDERED** that the sentencing hearing currently scheduled for December 14, 2021, at 11:30 a.m., be vacated and continued to <u>February 1, 2022</u>, at the hour of <u>10:30 a.m.</u>

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: <u>  December 2, 2021  </u>